In the Matter of the Claim of MINNIE DUBINSKY, Respondent, against SAMUEL KOFSKY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Argued February 26, 1935; decided March 12, 1935.)

*Jeremiah F. Connor, Bernard F. Farley* and *Frederick Mellor* for appellants.

*Meyer Parodneck* for claimant, respondent.

Order of the Appellate Division reversed and decision of the State Industrial Board affirmed, with costs in this court and in the Appellate Division against the State Industrial Board. There being evidence to sustain the decision, the Appellate Division was without power to reverse. First question certified answered " Yes." Second question certified not answered. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.